M. Albert Werblow v. Robert M. Werblow and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

The Gevaert Company of America, Inc. v. National Studios, Inc.— Motion for resettlement denied. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Jules Bengue and Others v. American Pharmaceutical Company, Inc., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Aaron Rabinowitz and Others v. President and Directors of the Manhattan Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, O'Malley, Dore and Cohn, JJ.

W. & B. Hosiery Corp. v. Morris A. Kapplow.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

George Brenner and Others v. Title Guarantee and Trust Company.— Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. [See ante, p. 706.] Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

Jacob Amron and Samuel Schwartz v. Title Guarantee and Trust Company, as Administrator c. t. a. of the Estate of Robert E. Adolph, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Patrick J. Farrell v. Jacob Waldman and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

United States of America v. President and Directors of The Manhattan Company, Successor to the Bank of Manhattan Trust Company as Agent or Depositary of the Northern Insurance Company of Moscow, and as Assignee for the Benefit of Creditors of the Northern Insurance Company of Moscow, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See 249 App. Div. 807.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Arthur Holodko v. Greater New York Taxpayers Mutual Insurance Association.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

Marion Watson Corporation v. Royal Indemnity Company. Harmony T. Ives and Others v. Royal Indemnity Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.